**Order entered October 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00862-CR

**DAVID SHAWN FOTHERGILL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 063259**

## ORDER

The Court **REINSTATES** the appeal.

On September 30, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On October 1, 2015, we received appellant's brief, together with an extension motion. Therefore, findings are no longer necessary and we **VACATE** our September 30, 2015 order.

We **GRANT** the October 1, 2015 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/      ADA BROWN
         JUSTICE